**FILED**

AUG 13 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| HIGHGRADE TECH. CO., LTD., | Case No. 3:13-cv-01881-JST |
|---|---|
| Plaintiff, | |
| v. | [~~PROPOSED~~] ORDER GRANTING CHANG & COTE, LLP'S WITHDRAWAL AS COUNSEL FOR DEFENDANT OSD AUDIO |
| OSD AUDIO; AMAZON.COM, INC.; SEARS HOLDING CORPORATION; FREESHIPMOUNTS.COM; and HAYDEN LY, | |
| Defendants. | |

[~~PROPOSED~~] ORDER GRANTING WITHDRAWAL
Case No. 3:13-cv-01881-JST

Chang & Coté, LLP is hereby relieved as counsel of record in the above matter for Defendant OSD Audio.

IT IS SO ORDERED.

Dated: 8/12/13

_____
The Honorable Jon S. Tigar
United States District Court Judge

[PROPOSED] ORDER GRANTING WITHDRAWAL
Case No. 3:13-cv-01881-JST

- 2 -