UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HIGHGRADE TECH. CO., LTD.,<br><br>    Plaintiff,<br><br>  v.<br><br>OSD AUDIO, et al.,<br><br>    Defendants. | Case No.  13-cv-01881-JST<br><br>**ORDER VACATING ORDER TO SHOW CAUSE, GRANTING EXTENSION OF TIME TO SERVE DEFENDANTS**<br><br>Re: ECF No. 36 |

The Court, having reviewed Plaintiff's response to the Court's Order to Show Cause, finds that there is good cause to extend the 120-day deadline to serve Defendants freeshipmounts.com and Hayden Ly.  See Fed. R. Civ. Pro. 4(m).  Since Plaintiff has now apparently effected service on those defendants, ECF Nos. 37 & 38, the Court will not dismiss the complaint at this time for failure to prosecute.  Plaintiff need not file a request to serve by publication.

The Order to Show Cause is VACATED.

**IT IS SO ORDERED.**

Dated:  September 29, 2013



JON S. TIGAR
United States District Judge