Daniel S. Mount, Esq. (Cal. Bar No. 77517)
Jing H. Cherng (Cal. Bar No. 265017)
Mount, Spelman & Fingerman, P.C.
RiverPark Tower, Suite 1650
333 West San Carlos Street
San Jose CA  95110-2740
Phone: (408) 279-7000
Fax:    (408) 998-1473
Email: dmount@mount.com; gcherng@mount.com

Counsel for Highgrade Technology Co. Ltd.


**LiLaw Inc., A Law Corporation**
J. James Li (SBN 202855, lij@lilaw.us)
5050 El Camino Real, Suite 200
Los Altos, CA 94022
Tel. 650.521.5956
Fax 650.521.5955
Counsel for Defendants
OSD Audio and Amazon.com Inc.

MOUNT, SPELMAN & FINGERMAN, P.C.
RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS STREET
SAN JOSE, CALIFORNIA 95110-2740
TELEPHONE (408) 279-7000

United States District Court
Northern District of California

| | |
|---|---|
| Highgrade Technology Co., Ltd. | Case No. 3:13-cv-01881-JST |
| Plaintiff | **Joint CMC Statement** |
| vs. | Date:    January 8, 2014 |
| OSD Audio, Amazon.com Inc., Sears Holding Corporation, Freeshipmounts.com, and Hayden Ly | Time:    9:00 AM<br>Room:   Courtroom 9<br>Judge:   Hon. Jon S. Tigar |
| Defendants | |

Under Federal Rule of Civil Procedure 26(f) and Civil Local Rule 16-9, Plaintiff Highgrade Technology Co. Ltd. ("Highgrade") and Defendants OSD Audio ("OSD"), and Amazon.com Inc. ("Amazon") submit the following Joint Case Management Statement and Rule 26(f) Report.

## I.      Jurisdiction and service

This Court has jurisdiction over the subject matter of this action under 28 U.S.C. §§ 1331, 1338(a), and the Patent Laws of the United States, 35 U.S.C. § 1, *et seq.*  The parties agree that venue is proper in this district and that the Court has personal jurisdiction over the parties.

## II.      Description of the case and disputed factual issues

On April 24, 2013, Highgrade filed its Complaint in this Court, alleging Defendants' infringement of U.S. Patent Nos. 8,245,990 and D666,206. ("Highgrade Patents")  *See* Dkt. No. 1. OSD Audio filed its answer to Highgrade's Complaint on July 25, 2013. Amazon filed its answer on July 31, 2013.

Highgrade has been unsuccessful in its efforts to serve Defendants Freeshipmounts.com and Hayden Ly and anticipates that it will seek leave to serve these parties by publication.

## III.      Description of the legal issues

Based on the claims and counterclaims asserted in this matter, the principal legal issues in this action are:

1.      The construction of the asserted claims of the Highgrade Patents;

2.      Defendants' alleged infringement of the Highgrade Patents;

3.      The validity of the Highgrade Patents.

## IV.      Motions

Highgrade has served Hayden Ly. Hayden Ly asserts that Freeshipmounts.com is a dba. Hayden Ly has not responded to further inquires regarding the Freeshipmounts.com's corporate form. Highgrade's own investigation corroborates that Hayden Ly is likely doing business as Freeshipmounts.com. Highgrade has moved for leave to amend the complaint to reflect this understanding.

## V.      Amendment of pleadings

Highgrade moved for leave to amend its complaint to name Hayden Ly d/b/a

Mount, Spelman & Fingerman, p.c.
RiverPark Tower, Suite 1650
333 West San Carlos Street
San Jose, California 95110-2740
Telephone (408) 279-7000

MOUNT, SPELMAN & FINGERMAN, P.C.
RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS STREET
SAN JOSE, CALIFORNIA 95110-2740
TELEPHONE (408) 279-7000

1  Freeshipmounts.com and remove Freeshipmounts.com as a separate entity. The hearing for this

2  motion is set for February 13, 2014.

3         No other amendments of the pleadings are anticipated at this time.

4  **VI.    Evidence reservation**

5         Both parties have reviewed this Court's Guidelines Relating to the Discovery of

6  Electronically Stored Information, and have met and conferred pursuant to Federal Rule of Civil

7  Procedure 26(f) regarding reasonable and proportionate steps taken to preserve evidence relevant to

8  the issues reasonably evident in this action.  In particular, both parties have taken steps to preserve

9  evidence relevant to the issues reasonably evident in this action.  These steps include institution of a

10 litigation hold for both hardcopy documents and electronic documents.

11 **VII.   Disclosures**

12        Highgrade, OSD, and Amazon have exchanged initial disclosures. Hayden Ly has not served

13 initial disclosures.

14 **VIII.  Discovery**

15        The parties intend to pursue discovery in the form of requests for production of documents

16 and things, interrogatories, depositions, requests for admission and all other forms of discovery

17 authorized by the Federal Rules. The parties reserve all rights to seek modifications of such limits and

18 agree to confer in good faith if a need arises for additional discovery.

19        The parties agree to the following discovery plan:

20        1.      Discovery Needed –

21                a.      Discovery relating to Highgrade's allegations of infringement;

22                b.      Discovery relating to Highgrade's allegations of damages and injunctive relief;

23 and

24                c.      Discovery relating to the validity of the Highgrade Patents.

25        2.      Interrogatories – The parties agree that each side be allowed to serve a maximum of 25

26 interrogatories on the other side.

27        3.      Depositions – The parties agree that Federal Rule of Civil Procedure 30 governs the

28 taking of depositions to be taken in this case.

MOUNT, SPELMAN & FINGERMAN, P.C.
RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS STREET
SAN JOSE, CALIFORNIA 95110-2740
TELEPHONE (408) 279-7000

1       4.      Requests for Admission – The parties agree that each may serve unlimited number of

2 requests for admission as to authenticity of documents is permitted.  A maximum of 25 additional

3 requests are permitted for each party.

4       5.      Electronic Service – The parties agree to accept service by e-mail.  Each counsel will

5 establish an e-mail distribution list accessible through a single external e-mail address.  Service by e-

6 mail will be treated as service by hand delivery.

7       6.      Stipulated Protective Order – The parties agree that a stipulated protective order will

8 be required and shall endeavor to submit an order by October 1, 2013.

9       7.      Electronically Stored Information – The parties anticipate that electronically stored

10 information ("ESI") may become important to the management of this case, and therefore, in an

11 effort to streamline ESI discovery, the parties agree to rely on the Model Order Regarding E-

12 Discovery In Patent Cases[1] as reproduced, in part, as follows.  Each requesting party shall limit its

13 email production requests to a total of five (5) custodians per producing party.  In addition, each

14 requesting party shall limit its email production requests to a total of five (5) search terms per

15 custodian per party.  The search terms shall be narrowly tailored to particular issues.  Indiscriminate

16 terms, such as the producing company's name or its product name, are inappropriate unless combined

17 with narrowing search criteria that sufficiently reduce the risk of overproduction.  A conjunctive

18 combination of multiple words or phrases (e.g., "computer" and "system") narrows the search and

19 shall count as a single search term.  A disjunctive combination of multiple words or phrases (e.g.,

20 "computer" or "system") broadens the search, and thus each word or phrase shall count as a separate

21 search term unless they are variants of the same word.  Use of narrowing search criteria (e.g., "and,"

22 "but not," "w/x") is encouraged to limit the production and shall be considered when determining

23 whether to shift costs for disproportionate discovery.  Should a party serve email production requests

24 with search terms beyond the limits agreed to by the parties or granted by the Court pursuant to this

25 paragraph, the requesting party shall bear all reasonable costs caused by such additional discovery.

26 Should further limitations on ESI discovery become necessary, the parties will endeavor to enter into

27

---

[1] The Model E-Discovery Order was drafted and adopted by the E-Discovery Committee of the Federal Circuit Advisory
28 Council.  A copy of the Model Order may be viewed at
http://www.cafc.uscourts.gov/images/stories/announcements/Ediscovery_Model_Order.pdf

MOUNT, SPELMAN & FINGERMAN, P.C.
RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS STREET
SAN JOSE, CALIFORNIA 95110-2740
TELEPHONE (408) 279-7000

1  a separate agreement regarding the scope and timing of ESI discovery.

2      8.    <u>Discovery of Drafts of Expert Declarations</u> – The parties agree that the protections

3  provided in Federal Rule of Civil Procedure 26(b)(4)(B) and (C) will equally apply to expert

4  declarations as they do to expert reports, including both drafts of declarations and communications

5  related to declarations.

6      The parties agree to revisit these limits on discovery as may be appropriate.

7  **IX.    Class action**

8      This is not a class action.

9  **X.    Related cases**

10      No cases are related to this case.

11  **XI.    Relief**

12      Highgrade seeks a judgment (a) declaring that Defendants have infringed the Highgrade

13  Patents, (b) declaring that Defendants have willfully infringed the Highgrade Patents, (c) an

14  injunction enjoining Defendants from infringing the Highgrade Patents, (d) awarding damages for

15  infringement, and (3) declaring this case as exceptional and an award of attorneys fees .

16      OSD and Amazon seek a determination of noninfringement and/or no damages.  Amazon

17  also seeks to invalidate the Highgrade Patents.

18  **XII.    Settlement and ADR**

19      The parties are amenable to ADR.  A court-appointed mediator is desired for a private

20  mediation.

21  **XIII.    Consent to a Magistrate Judge for all purposes**

22      Not applicable.

23  **XIV.    Other references**

24      The parties do not presently believe that the case is suitable to refer to binding arbitration or a

25  special master. The parties further do not believe that this case is suitable for referral to the Judicial

26  Panel on Multidistrict Litigation.  The parties agree that this Court should handle all claim

27  construction, pretrial and trial issues.

28

MOUNT, SPELMAN & FINGERMAN, P.C.
RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS STREET
SAN JOSE, CALIFORNIA 95110-2740
TELEPHONE (408) 279-7000

## XV.   Narrowing of issues

The parties are not aware of any particular issues to be narrowed.

## XVI.   Expedited schedule

The parties do not believe that this case is appropriate for an expedited schedule.

## XVII.   Scheduling

The parties propose the following schedule:

| EVENT | DATE |
| --- | --- |
| Patent L.R. 3-1 Preliminary Infringement Contentions and Patent L.R. 3-2 Document Production | 2/1/2014 |
| Patent L.R. 3-3 Preliminary Invalidity Contentions and Patent L.R. 3-4 Document Production | 3/18/2014 |
| Patent L.R. 4-1: Exchange of Proposed Terms for Contruction | 4/1/2014 |
| Patent L.R. 4-2: Exchange of Preliminary Claim Constructions | 4/22/2014 |
| Patent L.R. 4-3: Joint Claim Construction and Prehearing Statement | 5/17/2014 |
| Patent L.R. 4-4: Close of Claim Construction Discovery | 6/16/2014 |
| Patent L.R. 4-5(a): Opening Claim Construction Brief | 7/1/2014 |
| Patent L.R. 4-5(b): Responsive Claim Construction Brief | 7/15/2014 |
| Patent L.R. 4-5(c): Reply Claim Construction Brief | 7/22/2014 |
| Tutorial | TBD |
| Claim Construction Hearing | TBD |

## XVIII. Trial

Highgrade, Amazon, and OSD have requested a jury trial on all issues triable to a jury. The length of the trial will depend on the resolution on the parties' pre-trial motions and the ability to narrow the issues.

Case No. 3:13-cv-3:13-cv-01881-JST                                                                      Page 5
Joint CMC Statement

MOUNT, SPELMAN & FINGERMAN, P.C.
RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS STREET
SAN JOSE, CALIFORNIA 95110-2740
TELEPHONE (408) 279-7000

1  **XIX.   Disclosure of noninterested entitiesand party certification**

2      Parties to file.

3  **XX.     Patent related issues under Patent L.R. 2-1(a)**

4      As required under Patent L.R. 2-1(a), the parties also address these patent related issues:

5      **A.  Modification to the Patent Local Rules**

6      The parties do not anticipate the need to modify the Patent Local Rules at this juncture.

7      **B.  Discovery Related to Claim Construction**

8      The parties do not envision any limits on discovery related to claim construction other than

9  discussed in this document or the proposed order on ESI.  To the extent either party relies on factual

10 or expert testimony to support any claim construction position, the parties shall meet and confer

11 about the timing of depositions of each individual upon whose testimony a party may rely.

12     **C.  Format of the Claim Construction Hearing**

13     The parties do not currently anticipate presenting live testimony at the Claim Construction

14 Hearing.  If these positions were to change, the parties will seek the Court's approval to present such

15 evidence at the hearing.

16     The parties estimate the length of the Hearing will be approximately four hours.

17     **D.  Educating the Court on the Technology at Issue**

18     The parties anticipate each presenting a technology tutorial to educate the Court on the

19 technology at issue in accordance with the Standing Order for Patent Cases.

20

21

22 Date:  December 31, 2013                  Mount, Spelman & Fingerman, P.C.
                                                      /s/ Jing Hong Cherng
23                                          Counsel for Highgrade Technology Co. Ltd.

24

25 Date:  December 31, 2013                  LiLaw, Inc.
                                                      /s/ J. James Li
26                                          Counsel for OSD Audio and Amazon.com Inc.

27

28

1

2          I hereby attest pursuant to General Order 45.X.B. that J. James Li concurs in the filing of this

3   document.

4

5   Date:  December 31, 2013                    Mount, Spelman & Fingerman, P.C.
                                                         /s/ Jing Hong Cherng
6                                                Counsel for Highgrade Technology Co. Ltd.

7

8

9

10

11

MOUNT, SPELMAN & FINGERMAN, P.C.
RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS STREET
SAN JOSE, CALIFORNIA 95110-2740
TELEPHONE (408) 279-7000

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28