UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HIGHGRADE TECH. CO., LTD.,<br>          Plaintiff,<br>    v.<br>OSD AUDIO, et al.,<br>          Defendants. | Case No.  13-cv-01881-JST<br><br>**ADDENDUM TO SCHEDULING ORDER** |

As an addendum to the Court's Scheduling Order dated January 8, 2014, the Court hereby ORDERS as follows:

As noted in the Scheduling Order, the parties must "bring any disputes regarding the format, scope, or content of any tutorial or hearing to the Court's attention at least five court days before the tutorial or hearing." The Court will deem as waived any objection raised less than five court days before the tutorial or hearing. The parties shall lodge hard copies of their presentation materials with the Court on the day of the tutorial or claim construction hearing.

The Court will reserve no more than two hours on its calendar for the tutorial, including a brief recess. The tutorial will not be reported by a court reporter.

At claim construction, the Court will construe only the terms the parties identify in their Joint Claim Construction and Prehearing Statement as "most significant to the resolution of the case up to a maximum of 10." Patent Local Rule 4-3(c). The Court will reserve no more than on its calendar for the claim construction hearing, including a brief recess. The Court prefers that the

parties proceed term-by-term, with each party providing its views on each term before moving on to the next. The Court's use of time limits means that the parties may not have the opportunity to present oral argument on every term they have submitted for construction, and the parties should prioritize their presentations accordingly.

Dated: February 3, 2014

_____
JON S. TIGAR
United States District Judge

2