UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

HIGHGRADE TECH. CO., LTD.,

    Plaintiff,

v.

OSD AUDIO, et al.,

    Defendants.

No. C 13-1881 JST

**ORDER RE: ATTENDANCE AT MEDIATION**

Date:      June 16, 2014
Mediator:  Alexander Brainerd

IT IS HEREBY ORDERED that the request to excuse defendant Amazon.com's client representative from appearing in person at the June 16, 2014, mediation session before Alexander Brainerd is GRANTED. The representative shall be available at all times to participate telephonically in the mediation as set forth in ADR L.R. 6-10(f).

IT IS SO ORDERED.

June 5, 2014        By: _____
Dated                           Maria-Elena James
                                    United States Magistrate Judge