Daniel S. Mount, Esq. (Cal. Bar No. 77517)
Jing H. Cherng (Cal. Bar No. 265017)
Mount, Spelman & Fingerman, P.C.
RiverPark Tower, Suite 1650
333 West San Carlos Street
San Jose CA  95110-2740
Phone: (408) 279-7000
Fax:     (408) 998-1473
Email: dmount@mount.com; gcherng@mount.com

Counsel for Highgrade Technology Co. Ltd.

United States District Court
Northern District of California

| | |
|---|---|
| Highgrade Technology Co., Ltd.<br><br>    Plaintiff<br><br>vs.<br><br>OSD Audio, Amazon.com Inc., Sears Holding Corporation, Freeshipmounts.com, and Hayden Ly<br><br>    Defendants | Case No. CV13-01881 JST<br><br>**Stipulated Dismissal** |

1  Pursuant to Rule 41(a)(2) and the Parties' respective settlement agreements, Plaintiff
2  Highgrade Tech. Co. Ltd and Defendants Amazon.com, Inc., and OSD Audio, collectively
3  hereinafter, "the Parties," stipulate to dismiss Highgrade's claims against each Defendant as follows:
4      1.  Highgrade's claims against OSD Audio are dismissed with prejudice.
5      2.  Highgrade's claims against Amazon.com, Inc. are dismissed with prejudice.
6      3.  Each Party will bear its own fees and costs.

Date: June 17, 2014  Mount, Spelman & Fingerman, P.C.
    /s/ Jing H. Cherng
Counsel for Highgrade Technology Co. Ltd.

Date: June 18, 2014  Lilaw Inc.
    /s/ J. James Li
Counsel for OSD Audio

Date: June 17, 2014  FARELLA BRAUN + MARTEL LLP

By: */s/ Allyson F. Deraps*
    Allyson F. Deraps

Counsel for Amazon.com, Inc.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date:

Hon. Jon S. Tigar
United States District Judge

**Signature Attestation**

Pursuant to Civil L.R. 5-1(i)(3) and General Order 45.X.B regarding signatures, I, Jing Hong Cherng, attest that J. James Li and Alyson Deraps have concurred in the filing of this document. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 17, 2014 in San Jose, California.

Date: June 19, 2014                              Mount, Spelman & Fingerman, P.C.
                                                               /s/ Jing Hong Cherng
                                                 Counsel for Highgrade Technology Co. Ltd.