UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HIGHGRADE TECH. CO., LTD.,<br><br>    Plaintiff,<br><br>  v.<br><br>OSD AUDIO, et al.,<br><br>    Defendants. | Case No.  13-cv-01881-JST<br><br>**ORDER DIRECTING MOVING PARTIES TO FILE CERTIFICATE OF SERVICE; SETTING DEADLINE FOR HAYDEN LY TO FILE ANY RESPONSE TO PARTIES' MOTION FOR DISMISSAL**<br><br>Re: ECF No. 73 |

    Plaintiff Highgrade Tech. Co., Ltd., Defendant OSD Audio, and Defendant Amazon.com, Inc. (the "Moving Parties"), have filed a motion for stipulated dismissal pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. ECF No. 73. The motion is not accompanied by a certificate of service demonstrating that it has been served on the remaining Defendant, Hayden Ly, who is not an ECF user. The moving parties are ORDERED to file a certificate of service forthwith.

    The court hereby ORDERS Defendant Hayden Ly to file any response or opposition to the Moving Parties' motion for dismissal not later than fourteen days from the date he is served with the motion. If no response is filed, the court will take the motion under submission. If a response is filed, the moving parties shall file a reply brief not later than seven days from the date the response is filed, at which point the court will take the motion under submission.

    Since Defendant Ly is representing himself, the court advises him that there is helpful information for *pro se* litigants at http://www.cand.uscourts.gov/proselitigants, including the Northern District's publication, *Representing Yourself in Federal Court: A Handbook for Pro Se*

/ / /

/ / /

*Litigants*.  Defendant Ly may also wish to make an appointment with the free Legal Help Center operated by the Bar Association of San Francisco by calling 415-782-8982.

**IT IS SO ORDERED.**

Dated:  June 24, 2014

_____
JON S. TIGAR
United States District Judge