UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HIGHGRADE TECH. CO., LTD.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>OSD AUDIO, et al.,<br><br>　　　　Defendants. | Case No.  13-cv-01881-JST<br><br>**ORDER GRANTING MOTION TO DISMISS ALL CLAIMS AGAINST DEFENDANT OSD AUDIO AND AMAZON.COM, INC.; SETTING CASE MANAGEMENT CONFERENCE FOR OCTOBER 1**<br><br>Re: ECF No. 73 |

Plaintiff Highgrade Tech. Co., Ltd. ("Plaintiff") has filed a motion jointly with two of the three defendants in this case (OSD Audio and Amazon, Inc.) to dismiss the claims between those parties pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. ECF No. 73.  As the court ordered, the motion has been served on the remaining defendant, Hayden Ly.  ECF Nos. 74 & 75.  Defendant Ly did not respond to the motion, and the deadline to do so has now passed.

Accordingly, the court GRANTS the motion to dismiss Plaintiff's claims against OSD Audio and Amazon.com., Inc. with prejudice.  The Clerk shall terminate those two defendants as parties to this action.

The court hereby sets a case management conference in this case for Wednesday, October 1, 2014, at 2:00 P.M. in Courtroom 9, 19th Floor, 450 Golden Gate Avenue, San Francisco, California.  Plaintiff and Defendant Hayden Ly are both ORDERED to appear at that conference.  A joint case management statement is due September 17, 2014.  The joint statement shall include a proposed schedule as well as all other information described in the Standing Order For All Judges Of The Northern District Of California, which the court has attached to this order.  Since

/ / /

/ / /

Defendant Ly is not represented by counsel, the parties may file separate statements if they are unable to confer and agree to a joint statement.

**IT IS SO ORDERED.**

Dated: July 15, 2014

_____
JON S. TIGAR
United States District Judge