UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HIGHGRADE TECH. CO., LTD.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HAYDEN LY,<br><br>　　　　　Defendant. | Case No.  13-cv-01881-JST<br><br>**ORDER SETTING DEADLINE FOR HAYDEN LY TO FILE ANY OPPOSITION TO DISMISSAL WITHOUT PREJUDICE**<br><br>Re: ECF No. 77 |

　　　　Plaintiff Highgrade Technology Co. Ltd. ("Plaintiff") has moved to dismiss this action against *pro se* Defendant Hayden Ly, stating that Highgrade "no longer desires to prosecute its claims against Defendant Hayden Ly." ECF No. 77.  Plaintiff has proposed that dismissal be "without prejudice," which means that Plaintiff would not be legally prohibited from deciding to bring this action against Defendant Ly at a later time.  If Defendant Hayden Ly has any response or opposition to Plaintiff's motion, he must ensure that his response is *received* by this Court no later than August 29.  Defendant Ly may also file a stipulation, or non-opposition, to the motion.

　　　　**IT IS SO ORDERED.**

Dated:  August 22, 2014

_____
JON S. TIGAR
United States District Judge